UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MIGUEL MADRIGAL PAZ,  )
 )
        Petitioner,  )
 )  NO.  CV-09-5042-CI
    v.  )
 )
ELDON VAIL,  )  **JUDGMENT**
 )
        Respondent.  )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation.  Respondent's Motion to Dismiss is **GRANTED**.  The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**, and Judgment is entered for Respondent.

DATED: July 24, 2009.

                JAMES R. LARSEN
                District Court Executive/Clerk

                s/ L. Stejskal, Deputy Clerk